**Sammy R. MCKNIGHT, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2007–3018.

United States Court of Appeals, Federal Circuit.

June 11, 2007.

Before MICHEL, Chief Judge, MAYER and DYK, Circuit Judges.

914

**_Judgment_**

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.